KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP DORIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States, *et al.*,<br><br>    Defendants. | No. C 06-4741 SC<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action because the United States Citizenship and Immigration Services granted Plaintiff's application for a Fiancé Visa (Form I-129F).

  Each of the parties shall bear their own costs and fees.

Date: November 27, 2006             Respectfully submitted,

                      KEVIN V. RYAN
                      United States Attorney

*IT IS SO ORDERED*
/s/ Samuel Conti
Judge Samuel Conti
11/28/06

                      /s/
                      ILA C. DEISS
                      Assistant United States Attorney
                      Attorneys for Defendants

Stip. to Dismiss
C06-4741 SC

Date: November 27, 2006 /s/
H. NELSON MEEKS
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:

SAMUEL CONTI
United States District Judge